**In re**  Jack Carlton Cramer, Jr.                                 **Case No.**  05-24720-KAO

**Debtor**                                                                   **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Residence (homestead):  15605 63rd Ave NE, Kenmore, WA 98028<br><br>In debtor possession. | | H | 330,000 | Exceeds Value |
| Total ➤ | | | 330,000 | |

(Report also on Summary of Schedules.)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 4.0.0-652 - 30195

In re   Jack Carlton Cramer, Jr.                                    Case No.   05-24720-KAO
          **Debtor**                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child."

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Savings account: Prime Pacific Bank, Kenmore, WA, Acct # 24001652<br><br>In debtor possession. | H | 54 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | Household goods, furnishings, appliances,etc.<br><br>In debtor possession. | H | 3,095 |
| | | Weights (for workout)<br>In debtor possession. | H | 200 |
| | | Lawn mower; Power washer; Weedeater; Chain saw; Misc household & garden tools<br><br>In debtor possession. | H | 110 |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 4.0.0-652 - 30195

In re  Jack Carlton Cramer, Jr.                                    Case No.  05-24720-KAO
            **Debtor**                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 5.   Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books, pictures, art obkects<br><br>In debtor possession. | H | 275 |
| | | Compact disks $25<br><br>In debtor possession. | H | 25 |
| | | Collection of die-cast cars<br><br>In debtor possession. | H | 1,000 |
| 6.   Wearing apparel. | | Wearing apparel<br><br>In debtor possession. | H | 525 |
| 7.   Furs and jewelry. | | Ring<br><br>In debtor possession. | H | 150 |
| 8.   Firearms and sports, photographic, and other hobby equipment. | | Bicycle<br><br>In debtor possession. | H | 100 |
| | | Firearms: 306 Remington; 303 Remington<br><br>In debtor possession. | H | 175 |
| 9.   Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 4.0.0-652  -  30195

In re   Jack Carlton Cramer, Jr.                              Case No.   05-24720-KAO
                    **Debtor**                                                   **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 10.  Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses.  Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16.  Accounts receivable. | X | | | |
| 17.  Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18.  Other liquidated debts owing debtor including tax refunds.  Give particulars. | X | | | |
| 19.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20.  Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims.  Give estimated value of each. | | Claim against Countrywide Home Loans Inc. and Land Safe Title of Washington for damages caused by breach of Settlement Agreement made July 2003 in King County Superior Court case #  02-2-23019-9 SEA<br><br>Value of this claim is substantial but has not been determined as of this time. | H | Indeterminate |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 4.0.0-652 - 30195

In re   Jack Carlton Cramer, Jr.                                    Case No.   05-24720-KAO
　　　　　　　　　Debtor                                                          (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) in customer lists or similar compilations provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2000 Chevrolet Silverado 2500 Pickup; good condition; 105,250 miles on OD  In debtor possession. | H | 11,000 |
| | | 96 Pace 26 foot trailer  In debtor possession. | H | 1,000 |
| | | 1995 GMC Sonoma Pickup Truck; OK condition; 115,200 miles  In debtor possession. | H | 650 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | Dog: Scottie Terrrier | H | 100 |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 4.0.0-652 - 30195

In re   Jack Carlton Cramer, Jr.                                    Case No.   05-24720-KAO
                **Debtor**                                                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | In debtor possession. | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Tools In debtor possession. | H | 6,000 |

                   0          continuation sheets attached    Total   $     24,459

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 4.0.0-652  - 30195

In re    Jack Carlton Cramer, Jr.          Case No.   05-24720-KAO

                 **Debtor**                                                    **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

[✓]   11 U.S.C. § 522(b)(2):

[ ]   11 U.S.C. § 522(b)(3):

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Savings account: Prime Pacific Bank, Kenmore, WA, Acct # 24001652 | 11 U.S.C. 522(d)(5) | 54 | 54 |
| Household goods, furnishings, appliances,etc. | 11 U.S.C. 522(d)(3) | 3,095 | 3,095 |
| Bicycle | 11 U.S.C. 522(d)(5) | 100 | 100 |
| Tools | 11 U.S.C. 522(d)(5)<br>11 U.S.C. 522(d)(6) | 4,500<br>1,500 | 6,000 |
| Books, pictures, art obkects | 11 U.S.C. 522(d)(3) | 275 | 275 |
| Compact disks $25 | 11 U.S.C. 522(d)(5) | 25 | 25 |
| Wearing apparel | 11 U.S.C. 522(d)(3) | 525 | 525 |
| Ring | 11 U.S.C. 522(d)(4) | 150 | 150 |
| Firearms: 306 Remington; 303 Remington | 11 U.S.C. 522(d)(5) | 175 | 175 |
| Weights (for workout) | 11 U.S.C. 522(d)(3) | 200 | 200 |
| 2000 Chevrolet Silverado 2500 Pickup; good condition; 105,250 miles on OD | 11 U.S.C. 522(d)(2)<br>11 U.S.C. 522(d)(5) | 2,400<br>3,350 | 11,000 |
| 96 Pace 26 foot trailer | 11 U.S.C. 522(d)(5) | 1,000 | 1,000 |
| 1995 GMC Sonoma Pickup Truck; OK condition; 115,200 miles | 11 U.S.C. 522(d)(5) | 650 | 650 |
| Dog: Scottie Terrrier | 11 U.S.C. 522(d)(5) | 100 | 100 |
| Lawn mower; Power washer; Weedeater; Chain saw; Misc household & garden tools | 11 U.S.C. 522(d)(3) | 110 | 110 |

In re   Jack Carlton Cramer, Jr.                                    Case No.   05-24720-KAO
_____                            _____
            **Debtor**                                                        **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
## (Continuation Page)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Collection of die-cast cars | 11 U.S.C. 522(d)(5) | 1,000 | 1,000 |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 4.0.0-652  -  30195

Form B6D
(10/05)

**In re** <u>Jack Carlton Cramer, Jr.</u>          ,          **Case No.** <u>05-24720-KAO</u>

_Debtor_                                                          _(If known)_

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child." See 11 U.S.C §112; Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. File No. 7021-24359 <br><br> ATT: Vonnie McElligott <br> Northwest Trustee Services, Inc. <br> PO Box 997 <br> Bellevue, WA 98009 | | | Incurred: 2000 <br> Trustee under Deed of Trust <br> on debtor's homestead <br><br><br> VALUE $ 0 | | | | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> Countrywide Home Loans <br> 450 American Street <br> Simi Valley, CA 93065 | | | Alternate address <br><br><br><br> VALUE $ 0 | | | X | Notice Only | Notice Only |
| ACCOUNT NO. 53278 <br><br> Countrywide Home Loans, Inc. <br> Regional Office <br> 11711 SE 8th Street, Suite # 210 <br> Bellevue, WA 98005 | | | Too much text for this space to hold <br><br><br><br> VALUE $ 330,000 | | | X | 272,000 | 0 |
| ACCOUNT NO. 53278 <br><br> Countrywide Home Loans, Inc. <br> Regional Office <br> 11711 SE 8th Street, Suite # 210 <br> Bellevue, WA 98005 | | | Incurred: 12/22/2000 to date <br> Lien: 1st priority Deed of Trust <br> Security: Debtor's homstead <br> $58,000 secured; Balance of <br> 103,012 is unsecured. <br><br> VALUE $ 330,000 | | | X | 161,012 | 0 |

<u>   1   </u> continuation sheets attached

Subtotal ▶   $   433,012
(Total of this page)

Total ▶   $
(Use only on last page)
(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 4.0.0-652 - 30195

In re  Jack Carlton Cramer, Jr. _____ ,     Case No. ___05-24720-KAO_____
_____
**Debtor**                                                                          **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 21761<br><br>Credit Acceptance Corp<br>PO Box 513<br>Southfield MI 48037 | | | Incurred: 2000<br>Lien: PMSI in vehicle < 910 days<br>Security: Year 2000 Chevy Silverado 2500 pickup truck<br>PMSI in Chevy Silverado Truck<br>Interest rate = 25%<br>Monthly payments are 458.00<br><br>VALUE $ 11,000 | | | | 5,250 | 0 |
| ACCOUNT NO.<br><br>Norman B. Maas<br>PO Box 82001<br>Kenmore  WA  98028-0001 | | | Lien: 2nd Deed of Trust<br>Security: Debtor's homestead<br><br><br>VALUE $ 330,000 | | | | 7,500 | 7,500<br>This amount based upon existence of Superior Liens |
| ACCOUNT NO. File No.7021.24359<br><br>Northwest Trustee Services, Inc.<br>PO Box 997<br>Bellevue, WA 98009-0997 | | | Incurred: 2000<br>Lien: Deed of Trust<br>Security: Homestead @ 15605 63rd Ave NE,<br>Kenmore, WA 98028<br>Trustee under Deed of Trust on<br>debtor's homestead<br><br>VALUE $ 0 | | | X | Notice Only | Notice Only |
| ACCOUNT NO.<br><br><br><br> | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br><br> | | | <br><br>VALUE $ | | | | | |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➤ $ 12,750
(Total of this page)

Total ➤ $ 445,762
(Use only on last page)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 4.0.0-652 - 30195

In re  Jack Carlton Cramer, Jr.

Debtor

Case No.  05-24720-KAO

(if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the subsection of the Bankruptcy Code described below which assigns the priority, such as "Sec. 507(a)(4)."

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child." Do not include the name or address of a minor child in this schedule. See 11 U.S.C. § 112; Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. On the last sheet of this Schedule E, report the total of all claims entitled to priority under § 507(a)(1) and § 507(a)(8) in the box labeled "Total of Claims Entitled to Priority under §§ 507(a)(1) and (a)(8)" and report separately the total of all other claims in the box labeled "Total of ALL Claims Entitled to Priority." Report these totals also on the Summary of Schedules.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 4.0.0-652 - 30195

In re  <u>Jack Carlton Cramer, Jr.</u>        ,        Case No.  <u>05-24720-KAO</u>
            Debtor                                           (if known)

☐   **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐   **Deposits by individuals**

    Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(6).

☐   **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    * Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 4.0.0-652  -  30195

        <u>0</u>  continuation sheets attached

In re ___Jack Carlton Cramer, Jr._____,     Case No. ___05-24720-KAO_____

         **Debtor**                                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. Proc. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 19566326 <br><br> Arrow Financial <br> 5996 W Toughy Ave <br> Niles IL 60714 | | | Incurred: 6/2003 | | | | 640 |
| ACCOUNT NO. 4610078010339281 <br><br> BJ First Premier Bank <br> 900 W. Delaware <br> Sioux Falls SD 57117 | | | Incurred: 11/2002 | | | | 1,027 |
| ACCOUNT NO. 4861646986220 <br><br> Bon / FDSB <br> 1345 S 52nd Street <br> Tempe Az 85281 | | | Incurred: 08/2003 | | | | 857 |
| ACCOUNT NO. 5346681001040997 <br><br> CORTRUST BANK <br> 500 EAST 604th ST N <br> SIOUX FALLS SD 57104 | | | Incurred: 08/2001 | | | | 541 |

_____5_____continuation sheets attached

Subtotal ➤    $       3,065
(Total of this page)

Total ➤    $
(Use only on last page)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 4.0.0-652 - 30195

In re  Jack Carlton Cramer, Jr.                          ,     Case No.  05-24720-KAO
          **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  53278<br><br>Countrywide Home Loans, Inc.<br>Regional Office<br>11711 SE 8th Street, Suite # 210<br>Bellevue, WA 98005 | | | Consideration: Late charges<br>Late charges $1,750<br>"Other arrears"  $6,530 | | | X | 8,280 |
| ACCOUNT NO.  6011009530093<br><br>DISCOVER FINANCIAL<br>PO BOX 15316<br>WILMINGTON  DE 19850 | | | Incurred: 07/1987 | | | | 7,165 |
| ACCOUNT NO.  545800370426<br><br>DMCCB<br>KIRKLAND ONE<br>SCOTTSDALE  AZ 85254 | | | Incurred: 01/2000 | | | | 2,268 |
| ACCOUNT NO.  5433628701012977<br><br>FIRST PREMIER BANK<br>601 S MINNESOTA AVE<br>SIOUX FALLS  SD 57104 | | | Incurred: 7/2000 | | | | 371 |
| ACCOUNT NO.  4055900002411277<br><br>GE CARD CO<br>PO BOX 429346<br>CONCINATTI  OH  45242 | | | Incurred: 09/1998 | | | | 2,268 |

Sheet no.  1   of 5    continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal➤ | $ | 20,352
(Total of this page)
Total ➤ | $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 4.0.0-652 - 30195

In re <u>Jack Carlton Cramer, Jr.</u>                    ,     Case No. <u>05-24720-KAO</u>
      **Debtor**                                                **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Helmut Kah, Attorney at Law<br>16818 140th Avenue NE<br>Woodinville WA 98072-9001 | | | Incurred: 2001 to 2005 | | | | 21,750 |
| ACCOUNT NO. 54079 1205271<br>HOUSEHOLD BANK<br>1441 SCHILLING PL<br>SAINAS CA 93901 | | | Incurred: 11/2003 | | | | 780 |
| ACCOUNT NO. 544045006411<br>HOUSEHOLD BANK<br>1441 SCHILLING PL<br>SALINAS CA 93901 | | | Incurred: 06/2000 | | | | 2,241 |
| ACCOUNT NO. 5407912052718214<br>HOUSEHOLD ORCHARD<br>1441 SCHILLING PL<br>SALINAS CA 93901 | | | Incurred: 11/2003 | | | | 833 |
| ACCOUNT NO. 85056832<br>HOUSEHOLD ORCHARD BANK<br>1441 SCILLING PL<br>SALINAS CAS 93901 | | | Incurred: 01/2003 | | | | 2,428 |

<div style="writing-mode: vertical">Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 4.0.0-652 - 30195</div>

Sheet no. _2_ of _5_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $     28,032
(Total of this page)
Total ➤ $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

In re <u>Jack Carlton Cramer, Jr.</u> ,     Case No. <u>05-24720-KAO</u>

**Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

<table>
<tr>
<th>CREDITOR'S NAME,<br>MAILING ADDRESS<br>INCLUDING ZIP CODE,<br>AND ACCOUNT NUMBER<br>(See instructions above.)</th>
<th>CODEBTOR</th>
<th>HUSBAND, WIFE, JOINT<br>OR COMMUNITY</th>
<th>DATE CLAIM WAS INCURRED AND<br>CONSIDERATION FOR CLAIM.<br>IF CLAIM IS SUBJECT TO SETOFF,</th>
<th>CONTINGENT</th>
<th>UNLIQUIDATED</th>
<th>DISPUTED</th>
<th>AMOUNT<br>OF<br>CLAIM</th>
</tr>
<tr>
<td>ACCOUNT NO. 8194560135<br><br>JC PENNEY<br>PO BOX 27570<br>ALBUQUERQUE NM 87125</td>
<td></td>
<td></td>
<td>Incurred: 08/2003</td>
<td></td>
<td></td>
<td></td>
<td>1,166</td>
</tr>
<tr>
<td>ACCOUNT NO. Case # 05-2-05040-3 SEA<br><br>JEFFREY G. POOLE PC<br>ONE UNION SQR STE 2420<br>SEATTLE WA 98101-1129</td>
<td></td>
<td></td>
<td>Incurred: June 2004<br>Judgment. Paid in full<br>through wage garnishments</td>
<td></td>
<td></td>
<td></td>
<td>0</td>
</tr>
<tr>
<td>ACCOUNT NO. 0880330201000<br><br>LFGA DIV CIT FINANCIAL<br>POB 6500<br>SIOUX FALLS SD 57117</td>
<td></td>
<td></td>
<td>Incurred: 12/2000</td>
<td></td>
<td></td>
<td></td>
<td>6,462</td>
</tr>
<tr>
<td>ACCOUNT NO. 88028943800<br><br>LFGA DIVISION CIT FNANCIAL<br>233 N MICHIGAN AVE STE 1<br>CHICAGO IL 60601</td>
<td></td>
<td></td>
<td>Incurred: 04/2000</td>
<td></td>
<td></td>
<td></td>
<td>1,508</td>
</tr>
<tr>
<td>ACCOUNT NO. 880419065000<br><br>LFGA DIVISION CIT FNANCIAL<br>POB 6500<br>SIOUX FALLS SD 19850</td>
<td></td>
<td></td>
<td>Incurred: 09/2001</td>
<td></td>
<td></td>
<td></td>
<td>3,164</td>
</tr>
</table>

Sheet no. <u>3</u> of <u>5</u> continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal➤ $        12,300
(Total of this page)

Total➤ $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 4.0.0-652 - 30195

Form B6F - Cont.
(10/05)

In re <u>Jack Carlton Cramer, Jr.</u> , Case No. <u>05-24720-KAO</u>
        **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 079120527182 <br><br> NATIONAL CREDIT ADJUST <br> 327 W 4TH AVE <br> HUTCHINSON  KS  67501 | | | Incurred: 12/2003 | | | | 833 |
| ACCOUNT NO. 10560601 <br><br> PROVIDIAN <br> 4900 JOHNSON DR <br> PLEASANTON  CA 94588 | | | Incurred: 1/2003 | | | | 448 |
| ACCOUNT NO. 5-9508448724 <br><br> SEARS <br> PO BOX 740281 <br> HOUSTON TX 77274 | | | Incurred: 09/2003 | | | | 4,409 |
| ACCOUNT NO. 5307027069 <br><br> Shell/CITI <br> PO Box 15687 <br> Wilmington DE 19850 | | | | | | | 1,561 |
| ACCOUNT NO. 106173651 <br><br> SNAP-ON TOOLS <br> 1125 TRI-STATE PARKWAY <br> GURNEE  IL 60031 | | | Incurred: 05/2002 | | | | 5,270 |

Sheet no. <u>4</u> of <u>5</u> continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal➤   $    12,521
(Total of this page)

Total➤   $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 4.0.0-652 - 30195

In re   Jack Carlton Cramer, Jr. _____,     Case No. _____05-24720-KAO_____
                    **Debtor**                                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   Case # 05-2-14534-0 SEA<br><br>SUTTELL & ASSOCIATES PS<br>7525 SE 24TH STREET<br>MERCER ISLAND  WA 98040 | | | Incurred: 2005 | | | | 7,549 |
| ACCOUNT NO.   6139490<br><br>VERIZON WEST NORTHWEST<br>Customer Sales & Solutions Center<br>P.O. Box 11328<br>St. Petersburg, FL 33733 | | | Incurred: 07/2004 | | | | 418 |
| ACCOUNT NO.   34465871344658711<br><br>WFFNB EXPRESS<br>PO BOX 330066<br>NORTHGLENN  CO 80233 | | | Incurred: 12/2004 | | | | 0 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __5__ of __5__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal ➤ | $ | 7,967 |
| (Total of this page) | | |
| Total ➤ | $ | 84,237 |
| (Use only on last page of the completed Schedule F.) | | |

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 4.0.0-652 - 30195

05-24720-KAO

In re  Jack Carlton Cramer, Jr.                                   Case No. _____

_____                                            (if known)
**Debtor**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to
one of the leases or contracts, indicate that by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 4.0.0-652 - 30195

In re    Jack Carlton Cramer, Jr.                                    Case No.        05-24720-KAO
                        **Debtor**                                                                    **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child." See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 4.0.0-652 - 30195

In re  Jack Carlton Cramer, Jr.  Case No.  05-24720-KAO
_____  _____
Debtor  (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 7, 11, 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.

| Debtor's Marital Status: Married | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP  No dependents | AGE |

| Employment: Occupation | DEBTOR  Jim's Northgate Towing, Inc. | SPOUSE |
|---|---|---|
| Name of Employer | 13730 32nd Ave. NE | |
| How long employed | 3 years | |
| Address of Employer | PO Box 25564 | |
| | Seattle, WA  98125 | |

**Income:** (Estimate of monthly income as of the filing of the petition)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. | Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ 4,333 | $ 3,167 |
| 2. | Estimated monthly overtime | $ 0 | $ 0 |
| 3. | SUBTOTAL | $ 4,333 | $ 3,167 |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a. Payroll taxes and social security | $ 740 | $ 651 |
| | b. Insurance | $ 539 | $ 0 |
| | c. Union Dues | $ 0 | $ 0 |
| | d. Other (Specify: (D)L&I (S)IRA ) | $ 36 | $ 200 |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | $ 1,315 | $ 851 |
| 6.. | TOTAL NET MONTHLY TAKE HOME PAY | $ 3,018 | $ 2,316 |
| 7. | Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0 | $ 0 |
| 8. | Income from real property | $ 0 | $ 0 |
| 9. | Interest and dividends | $ 0 | $ 0 |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0 | $ 0 |
| 11. | Social security or other government assistance ( Specify) | $ 0 | $ 0 |
| 12. | Pension or retirement income | $ 0 | $ 0 |
| 13. | Other monthly income (Specify) | $ 0 | $ 0 |
| | | $ 0 | $ 0 |
| 14. | SUBTOTAL OF INCOME REPORTED ONLINES 7 THROUGH 13 | $ 0 | $ 0 |
| 15. | TOTAL MONTHLY INCOME (Add amounts shown on Lines 6 through 14.) | $ 3,018 | $ 2,316 |

16.  TOTAL COMBINED MONTHLY INCOME  $ 5,334  (Report also on Summary of Schedules)

17.  Describe any increase [or decrease] in income anticipated to occur within the year following the filing of this document:

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 4.0.0-652 - 30195

In re _____Jack Carlton Cramer, Jr._____     Case No. _____05-24720-KAO_____
_____**Debtor**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 2,694 |
| a. Are real estate taxes included? Yes _____ No ___✓___ | | |
| b. Is property insurance included? Yes _____ No ___✓___ | | |
| 2. Utilities: a. Electricity and heating fuel | | $ 225 |
| b. Water and sewer | | $ 210 |
| c. Telephone | | $ 0 |
| d. Other Garbage $101; Cable $75 | | $ 176 |
| 3. Home maintenance (repairs and upkeep) | | $ 0 |
| 4. Food | | $ 400 |
| 5. Clothing | | $ 100 |
| 6. Laundry and dry cleaning | | $ 50 |
| 7. Medical and dental expenses | | $ 50 |
| 8. Transportation (not including car payments) | | $ 300 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 250 |
| 10. Charitable contributions | | $ 0 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | | $ 0 |
| b. Life | | $ 0 |
| c. Health | | $ 0 |
| d. Auto | | $ 0 |
| e. Other_____ | | $ 0 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ | | $ 0 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | | $ 458 |
| b. Other Wife's car | | $ 460 |
| c. Other Wife's VISA | | $ 200 |
| 14. Alimony, maintenance, and support paid to others | | $ 0 |
| 15. Payments for support of additional dependents not living at your home | | $ 0 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0 |
| 17. Other _____ | | $ 0 |
| 18. TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | | $ 5,573 |

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. Total projected monthly income | (Includes spouse income of $2,316. See Schedule I) | $ 5,334 |
| b. Total projected monthly expenses | | $ 5,573 |
| c. Monthly net income (a. minus b.) | (Net includes Debtor/Spouse combined Amounts) | $ -239 |

*[Chapter 12 and 13 Debtors Only: State amount and whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.]*

21. Total amount to be paid into plan $_____0____each ____0.00_____(interval).

Bankruptcy2005 ©1991-2005, New Hope Software, Inc. - ver. 4.0.0-652 - 30195

# United States Bankruptcy Court

## Western District of Washington, at Seattle

In re    Jack Carlton Cramer, Jr.

Case No.    05-24720-KAO

Debtor

Chapter    13

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities."

### AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $ 330,000 | | |
| B – Personal Property | YES | 5 | $ 24,459 | | |
| C – Property Claimed as exempt | YES | 2 | | | |
| D – Creditors Holding Secured Claims | YES | 2 | | $ 445,762 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 2 | | $ 0 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 6 | | $ 84,237 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 5,334 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $ 5,573 |
| **TOTAL** | | 22 | $ 354,459 | $ 529,999 | |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 4.0.0-652 - 30195

# United States Bankruptcy Court

## Western District of Washington, at Seattle

In re    Jack Carlton Cramer, Jr.              Case No.    05-24720-KAO

                     Debtor

                                                Chapter     13

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES
## (28 U.S.C. § 159)
## [Individual Debtors Only]

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | $ 0 |
| Student Loan Obligations (from Schedule F) | $ 0 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0 |
| TOTAL | $ 0 |

The foregoing information is for statistical purposes only under 28 U.S.C § 159.

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 4.0.0-652 - 30195

In re  Jack Carlton Cramer, Jr.                                        Case No.   05-24720-KAO
                    **Debtor**                                                              **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ 23 _____

sheets, and that they are true and correct to the best of my knowledge, information, and belief.   *(Total shown on summary page plus 1.)*

Date  November 9, 2005                          Signature:  /s/ Jack Carlton Cramer, Jr.
                                                                                    Debtor:

Date _____          Signature:  _____Not Applicable_____
                                                                            (Joint Debtor, if any)

[If joint case, both spouses must sign.]

--------------------------------------------------------------------------------------------------------------------------

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____                    _____
Printed or Typed Name of Bankruptcy Petition Preparer                         Social Security No.
                                                                                                      *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

X _____                    _____
    Signature of Bankruptcy Petition Preparer                                            Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this documen, unless the bankruptcy petition preparer is not an individualt:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

--------------------------------------------------------------------------------------------------------------------------

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.   *(Total shown on summary page plus 1.)*

Date _____          Signature:  _____

                                                                  _____
                                                                  [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

--------------------------------------------------------------------------------------------------------------------------

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 4.0.0-652 - 30195

# UNITED STATES BANKRUPTCY COURT
## Western District of Washington, at Seattle

In Re   Jack Carlton Cramer, Jr.          Case No.   05-24720-KAO
                                                       (if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

1. **Income from employment or operation of business**

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation ofthe debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☐

| | AMOUNT | SOURCE |
|---|---|---|
| 2005(db) | 43,333 | Jim's Northgate Towing |
| 2004(db) | 52,000 | Jim's Northgate Towing |
| 2003(db) | 52,000 | Jim's Northgate Towing |
| | | |
| 2005(nfs) | 31,667 | Jung-Hoon Kim DDS, PS |
| 2004(nfs) | 38,000 | Jung-Hoon Kim DDS, PS |
| 2003(nfs) | 38,000 | Jung-Hoon Kim DDS, PS |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 4.0.0-652 - 30195

**2.  Income other than from employment or operation of business**

None

☒

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                                     SOURCE

---

**3.  Payments to creditors**

None

☐

*Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as  part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| JEFFREY G. POOLE, P.C., POOLE & ASSOCIATES, P.C. One Union Square, Suite 2420 600 University Street Seattle, WA  98101-1129 Phone:  206-624-7510 Fax:    206-224-8780 | October, September, Agust 2005 | >$500/month | Paid in full |

---

None

☒

*b. Debtor whose debts are not primarily consumer debts:*  List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,000.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 4.0.0-652 - 30195

None

☒ *c. All debtors:*  List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
|  |  |  |  |

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None

☐ a.      List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| JEFFREY G. POOLE v. JACK C. CRAMER Case No. Y3-005834 | Suit for money. | King County District Court, East Division, Issaquah Courthouse, | Default judgment of $6,383.99 entered King County District Court on 6/29/2004. Jdgmt Creditor filed the judgment in King County Superior Ct on 2/7/2005 and has been garnishing debtor's wages. Garnishment of wages is in effect. |
| Great Seneca Financial Corp v. Jack  C. Cramer | Suit for money | King County Superior Court, Seattle, WA | Defalt Judgment of $7,549.85 was entered on 5/3/2005 |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 4.0.0-652  -  30195

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Notice of Trustee's Sale issued 6/17/2005, by NW Trustee Services Inc. against homestead of Jack C. Cramer, Jr., located at 15605 63rd Ave NW, Kenmore, WA 98028. | Nonjudicial foreclosure of Deed of Trust | Non-judicial | Stayed by bankruptc automatic stay |

None ☐  b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| JEFFREY G. POOLE, P.C., POOLE & ASSOCIATES, P.C. One Union Square, Suite 2420 600 University Street Seattle, WA 98101-1129 Phone: 206-624-7510 Fax:    206-224-8780 | Monthly | Default judgment of $6,383.99 entered King County District on 6/29/2004. Transferred to Superior Ct on 2/7/2005. Has garnished 413.54 every two weeks, i.e. $896.02 per month from debtor's wages. |

**5.  Repossessions, foreclosures and returns**

None ☒  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 4.0.0-682 - 30195

**6. Assignments and Receiverships**

None ☒      a.      Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☒      b.      List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ☒      List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ☒      List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 4.0.0-652 - 30195

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Helmut Kah, Attorney at Law 16818 140th Avenue NE Woodinville, WA 98072 Phone: 425-892-6467 | 10/12/2005 | $800.00 |

**10. Other transfers**

None ☒

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

None ☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 4.0.0-652 - 30195

**11. Closed financial accounts**

None ☒     List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ☒     List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ☒     List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ☒     List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 4.0.0-652 - 30195

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 4.0.0-652  -  30195

**15.  Prior address of debtor**

None

☒

If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                          NAME USED                          DATES OF OCCUPANCY

---

**16.  Spouses and Former Spouses**

None

☐

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

Debbie L. Johnston
(wife)

Judith Ann Cramer
(maiden name
Sankey)
Marriage was
dissolved by decree
entered on
October 25, 1999, in
King County
Superior Court
case no.
99-3-05022-7.

---

**17.  Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

---

None

☒

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

SITE NAME              NAME AND ADDRESS              DATE OF              ENVIRONMENTAL
AND ADDRESS           OF GOVERNMENTAL UNIT          NOTICE               LAW

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☒

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None
☐

a.        If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity  securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Rainbow Towing Inc. | Tax id: 91-1261326 Tax id: 91-12613Rainbow Towing Inc PO Box 82918 Kenmore, WA 98028 | Rainbow Towing Inc PO Box 82918 Kenmore, WA 98028 | Towing cars | Filed Chapter 11 Bankruptcy in US Bankruptcy Court, Western Dist of Washington, case no. 97-10081-KAO on 7/29/1997 and closed on 8/22/2000. Business sold to Jim's Northgate Towing, Inc. in approx March 2003. |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 4.0.0-652 - 30195

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☐

NAME                                                          ADDRESS

## [Questions 19 - 25 are not applicable to this case]

\*   \*   \*   \*   \*   \*

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  November 9, 2005                    Signature         /s/ Jack Carlton Cramer, Jr.
                                          of Debtor
                                                             JACK CARLTON CRAMER, JR.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

Printed or Typed Name of Bankruptcy Petition Preparer        Social Security No.
                                                             (Required by 11 U.S.C. § 110(c).)

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____        _____
Signature of Bankruptcy Petition Preparer                              Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. §156.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

___0___ continuation sheets attached

***Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571***

Arrow Financial
5996 W Toughy Ave
Niles IL 60714


ATT: Vonnie McElligott
Northwest Trustee Services, Inc.
PO Box 997
Bellevue, WA 98009


BJ First Premier Bank
900 W. Delaware
Sioux Falls SD 57117


Bon / FDSB
1345 S 52nd Street
Tempe Az  85281


CORTRUST BANK
500 EAST 604th ST N
SIOUX FALLS  SD 57104


Countrywide Home Loans
450 American Street
Simi Valley, CA 93065


Countrywide Home Loans, Inc.
Regional Office
11711 SE 8th Street, Suite # 210
Bellevue, WA 98005


Countrywide Home Loans, Inc.
Regional Office
11711 SE 8th Street, Suite # 210
Bellevue, WA 98005


Countrywide Home Loans, Inc.
Regional Office
11711 SE 8th Street, Suite # 210
Bellevue, WA 98005


Credit Acceptance Corp
PO Box 513
Southfield  MI 48037

```
DISCOVER FINANCIAL
PO BOX 15316
WILMINGTON  DE 19850


DMCCB
KIRKLAND ONE
SCOTTSDALE  AZ 85254


FIRST PREMIER BANK
601 S MINNESOTA AVE
SIOUX FALLS  SD 57104


GE CARD CO
PO BOX 429346
CONCINATTI  OH  45242


Helmut Kah, Attorney at Law
16818 140th Avenue NE
Woodinville  WA  98072-9001


HOUSEHOLD BANK
1441 SCHILLING PL
SAINAS  CA  93901


HOUSEHOLD BANK
1441 SCHILLING PL
SALINAS  CA 93901


HOUSEHOLD ORCHARD
1441 SCHILLING PL
SALINAS  CA 93901


HOUSEHOLD ORCHARD BANK
1441 SCILLING PL
SALINAS  CAS 93901


JC PENNEY
PO BOX 27570
ALBUQUERQUE  NM  87125
```

JEFFREY G. POOLE PC
ONE UNION SQR STE 2420
SEATTLE  WA 98101-1129


LFGA DIV CIT FINANCIAL
POB 6500
SIOUX FALLS  SD 57117


LFGA DIVISION CIT FNANCIAL
233 N MICHIGAN AVE STE 1
CHICAGO  IL 60601


LFGA DIVISION CIT FNANCIAL
POB 6500
SIOUX FALLS  SD 19850


NATIONAL CREDIT ADJUST
327 W 4TH AVE
HUTCHINSON  KS  67501


Norman B. Maas
PO Box 82001
Kenmore  WA  98028-0001


Northwest Trustee Services, Inc.
PO Box 997
Bellevue, WA 98009-0997


PROVIDIAN
4900 JOHNSON DR
PLEASANTON  CA 94588


SEARS
PO BOX 740281
HOUSTON TX 77274


Shell/CITI
PO Box 15687
Wilmington DE 19850


SNAP-ON TOOLS
1125 TRI-STATE PARKWAY
GURNEE  IL 60031

SUTTELL & ASSOCIATES PS
7525 SE 24TH STREET
MERCER ISLAND  WA 98040


VERIZON WEST NORTHWEST
Customer Sales & Solutions Center
P.O. Box 11328
St. Petersburg, FL 33733


WFFNB EXPRESS
PO BOX 330066
NORTHGLENN  CO 80233

# FORM 6. SCHEDULES

Summary of Schedules

Schedule A - Real Property
Schedule B - Personal Property
Schedule C - Property Claimed as Exempt
Schedule D - Creditors Holding Secured Claims
Schedule E - Creditors Holding Unsecured Priority Claims
Schedule F - Creditors Holding Unsecured Nonpriority Claims
Schedule G - Executory Contracts and Unexpired Leases
Schedule H - Codebtors
Schedule I - Current Income of Individual Debtor(s)
Schedule J - Current Expenditures of Individual Debtor(s)

Unsworn Declaration under Penalty of Perjury

GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of any amendments thereto must contain a caption as in Form 16B. Subsequent pages should be identified with the debtor's name and case number. If the schedules are filed with the petition, the case number should be left blank

Schedules D, E, and F have been designed for the listing of each claim only once. Even when a claim is secured only in part or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or it part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed on Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 4.0.0-652 - 30195